*Dudley H. Dorr* for petitioners. *Mr. George Stanley Harvey* for respondents. Reported below: 40 F. (2d) 8.

No. 424. WILLIS *v.* SCOTT ET AL. October 20, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. Guy H. Sigler* and *P. M. Jackson* for petitioner. *Messrs. W. F. Semple* and *Marion W. Reily* for respondents.

No. 425. GROUP No. 1 OIL CORP. *v.* BASS, COLLECTOR OF INTERNAL REVENUE. October 20, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Homer L. Bruce* and *James A. Baker* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist* and *Messrs. Claude R. Branch, Sewall Key,* and *John G. Remey* for respondent.

No. 446. POWERS ET AL. *v.* NEW YORK, CHICAGO & ST. LOUIS R. Co. ET AL. October 20, 1930. Petition for writ of certiorari to the Supreme Court of Ohio denied. *Mr. Donald M. Hamilton* for petitioners. *Messrs. Leslie Nichols* and *Alfred Clum* for respondents.

No. 450. PETREE *v.* UNITED STATES. October 20, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Charles T. Cates, Jr.,* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist* and *Messrs. Claude R. Branch, Sewall Key, John H. McEvers, W. Marvin Smith,* and *Clarence M. Charest* for the United States.